# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Freddi Chavelas Resendiz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-cv-4840 |
| Grishman Corp., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Freddi Chavelas Resendiz                                                                                      .

Date:   08/18/2015

/s/ Young Woo Lee
*Attorney's signature*

Young Woo Lee YL2610
*Printed name and bar number*
The Legal Aid Society
Employment Law Unit
199 Water St., Fl. 3
New York, NY 11103
*Address*

ywlee@legal-aid.org
*E-mail address*

(212) 577-3533
*Telephone number*

(646) 616-9287
*FAX number*