# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| FREDDI CHAVELAS RESENDIZ <br><br> *Plaintiff(s)* <br> v. <br><br> GRISHMA CORP. d/b/a GRAND AVENUE SUPERMARKET, SAAHIL GROCERY INC. d/b/a GRAND AVENUE SUPERMARKET, SUNIL PATEL a/k/a SUNNI PATEL, and INDIRA PATEL <br> *Defendant(s)* | Civil Action No.  15-cv-4840 FB-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INDIRA PATEL
305 WHITTIER AVE.
FLORAL PARK, NY 11001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    COVINGTON & BURLING LLP
Swati R. Prakash
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  8/19/2015

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| FREDDI CHAVELAS RESENDIZ <br><br> *Plaintiff(s)* <br> v. <br><br> GRISHMA CORP. d/b/a GRAND AVENUE SUPERMARKET, SAAHIL GROCERY INC. d/b/a GRAND AVENUE SUPERMARKET, SUNIL PATEL a/k/a SUNNI PATEL, and INDIRA PATEL <br> *Defendant(s)* | Civil Action No. 15-cv-4840 FB-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SUNIL PATEL
305 WHITTIER AVE.
FLORAL PARK, NY 11001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    COVINGTON & BURLING LLP
Swati R. Prakash
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  8/19/2015                                                    s/Kimberly Davis
                                                                                    *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| FREDDI CHAVELAS RESENDIZ<br><br>*Plaintiff(s)*<br>v.<br>GRISHMA CORP. d/b/a GRAND AVENUE SUPERMARKET, SAAHIL GROCERY INC. d/b/a GRAND AVENUE SUPERMARKET, SUNIL PATEL a/k/a SUNNI PATEL, and INDIRA PATEL<br>*Defendant(s)* | Civil Action No.   15-cv-4840 FB-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GRISHMA CORP.
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, New York 12210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   COVINGTON & BURLING LLP
Swati R. Prakash
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   8/19/2015

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| FREDDI CHAVELAS RESENDIZ <br><br> *Plaintiff(s)* <br> v. <br> GRISHMA CORP. d/b/a GRAND AVENUE SUPERMARKET, SAAHIL GROCERY INC. d/b/a GRAND AVENUE SUPERMARKET, SUNIL PATEL a/k/a SUNNI PATEL, and INDIRA PATEL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 15-cv-4840 FB-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAAHIL GROCERY INC.
c/o SUNIL PATEL, Chief Executive Officer
305 WHITTIER AVE.
FLORAL PARK, NY 11001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  COVINGTON & BURLING LLP
Swati R. Prakash
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 8/19/2015



s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*